**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-10149 |
| Plaintiff-Appellee, | D.C. No. 3:15-cr-08033-DGC-1 |
| v. | |
| MARIO ROBLES, Jr., | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David G. Campbell, District Judge, Presiding

Submitted February 10, 2017[**]

Before:    HUG, FARRIS, and CANBY, Circuit Judges.

Mario Robles, Jr. appeals from the appeals from the district court's judgment and challenges his guilty-plea conviction and 137-month sentence for voluntary manslaughter, in violation of 18 U.S.C. § 1152 and 1112. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Robles's counsel has filed a brief stating that

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Robles the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Robles has waived his right to appeal his conviction and sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson,* 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**